## OWEN CLEVELAND v. THE STATE.

No. 9242. Delivered June 17, 1925.

**Transporting Intoxicating Liquor—Evidence Sufficient.**

No exceptions were reserved to any proceedings during the trial, and the evidence supporting the verdict the cause is affirmed.

Appeal from the District Court of San Jacinto County. Tried below before the Hon. J. L. Manry, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty, one year in the state penitentiary.

The opinion states the case.

*J. M. Hansbro,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for transporting intoxicating liquor, his punishment being one year in the penitentiary.

No exceptions were reserved to any proceeding during the trial. The evidence supports the verdict.

The judgment is affirmed.

*Affirmed.*